UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOURIVAL DOS SANTOS LOPES,

        Petitioner,

v.                                                                  Case No. 3:25-cv-1522-WWB-LLL

ATTORNEY GENERAL PAM BONDI,
et al.,

        Respondents.
_____

**ORDER**

1. Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), but did not pay the filing fee or file a request to proceed *in forma pauperis*. Within **7 days from the date of this Order**, Petitioner must either pay the $5.00 filing fee or file a complete application to proceed *in forma pauperis*.

2. Respondents, within **7 days from the date of this Order**, must respond to Petitioner's "Emergency Motion for Temporary Restraining Order Prohibiting Transfer or Removal" (Doc. 14).

**DONE AND ORDERED** in Jacksonville, Florida, on January 9, 2026.

                                                            WENDY W. BERGER
                                             UNITED STATES DISTRICT JUDGE

caw 12/22
c:
Counsel of Record